UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **MELITON BOLANOS-RAMIREZ** on behalf of himself and all other similarly situated employees | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **BACKYARD LAWN LLC d/b/a U.S. LAWNS OF NORTHWEST MISSISSIPPI and BRYANT JERNIGAN** | **CASE NO: 15-2523-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Directing The Clerk To Enter Judgment, Order On Briefing Attorney's Fees And Costs entered on October 26, 2015, and Order Awarding Attorney's Fees And Cost entered on October 26, 2015, Judgment is entered in accordance with Plaintiff's, Meliton Bolanos-Ramirez, acceptance of Defendants', Backyard Lawn LLC d/b/a U.S. Lawns of Northwest Mississippi and Bryant Jernigan, offer of judgment in the amount of $9,294.72, plus reasonable attorneys' fees and costs of $6,285.00. This cause is hereby dismissed.


APPROVED:


 s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT

| | |
|---|---|
|  October 26, 2015   | s/ Thomas M. Gould |
| Date | Clerk of Court |
| | |
| |  s/ Terry Haley |
| | (By)  Deputy Clerk |